

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

NO. 2-09-269-CR

EX PARTE
JOSEPH P. DANGELO

------------

FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Joseph P. DAngelo is attempting to appeal from "the order denying relief of his writ of habeas corpus filed on July 16, 2009." The State has filed a motion to dismiss the appeal because there is no written order denying the relief requested in that application.[2]

---

[1] *See* Tex. R. App. P. 47.4.

[2] Appellant has filed three other applications for writ of habeas corpus in the same underlying proceeding: one on March 27, 2009, which the trial court denied by written order, and two on July 15, 2009, both of which the trial court denied in writing. Those applications are the subject of two other pending appeals, numbers 2-09-266-CR and 2-09-268-CR.

The appellate record contains no written ruling on the application for writ of habeas corpus that was filed on July 16, 2009. Accordingly, we grant the State's motion and dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Ex parte Wiley*, 949 S.W.2d 3, 4 (Tex. App.—Fort Worth 1996, no pet.); *see also* Tex. Code Crim. Proc. Ann. art. 11.072, §§ 6, 8 (Vernon 2005); Tex. R. App. P. 31.1.

PER CURIAM

PANEL: LIVINGSTON, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: December 10, 2009